UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-60441-WPD

WAYNE CULBERTSON,

    Plaintiff,

v.

CAPITAL CONSTRUCTION SERVICES
OF POMPANO BEACH, INC., a Florida
corporation, and BRETT JOHNSON

    Defendants.
_____/

**FINAL ORDER APPROVING SETTLEMENT AGREEMENT**
**AND DISMISSAL WITH PREJUDICE**

THIS CAUSE comes before the Court upon the Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice ("the Motion"). [DE 14]. The Court has carefully considered the Motion and the Settlement Agreement attached thereto, and is otherwise fully advised in the premises.

Having reviewed the Motion and Settlement Agreement, the Court finds that the Settlement reached between the Parties is fair and reasonable. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,* 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion [DE 14] is **GRANTED**;

2. The Parties' Settlement Agreement [DE 14-1] is hereby **APPROVED**;

3. The Case is **DISMISSED WITH PREJUDICE**;

4. The Clerk is directed to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 6th day of January, 2022.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record